IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0268

IN THE MATTER OF

D.L, M.L., and P.L.,

    Youths in Need of Care.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, K.M., is granted an extension of time until September 12, 2022 to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2022

Grant of Extension of Time

PAGE 1